UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO, ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS

                Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement; CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

                Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/11/2020
```

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The parties having briefed their positions in response to the Court's order to show cause why the temporary restraining order ("TRO"), ECF No. 10, should not be converted to a preliminary injunction, *see id.* at 29, it is hereby ORDERED that the TRO shall remain in effect until **May 25, 2020**, at **10:45 a.m.**

      The Court finds that good cause exists under Rule 65(b)(2) of the Federal Rules of Civil Procedure to extend the TRO for an additional 14 days, because such time will allow the Court to consider the record and the parties' submissions, and because the extension is supported by the reasons stated in the Court's decision granting the TRO. *See In re Criminal Contempt Proceedings Against Gerald Crawford, Michael Warren*, 329 F.3d 131, 136–39 (2d Cir. 2003) (holding that a TRO, extended for good cause pending resolution of preliminary injunction proceedings was a valid basis for appellants' contempt convictions); *Armstrong v. Real Estate Int'l, Ltd.*, No. 05 Civ. 5383, 2006 WL 354983, at *2 (E.D.N.Y. Feb. 14, 2006) (noting that the court "extended the TRO until it issued [its] decision" on the pending preliminary injunction motion); *see also* Charles Alan Wright & Arthur R. Miller, 11A Federal Practice & Procedure § 2953 (3d ed. 2016) (noting that a court may extend a TRO for good cause, and that "a showing that the grounds for originally granting the temporary restraining order continue to exist should be sufficient").

      SO ORDERED.

Dated: May 11, 2020
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge