```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO, ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

                      Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement,

                      Respondent.

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By **May 13, 2022**, the Petitioner Rolando Oshane Villiers and Respondent shall submit a joint status letter stating the status of the New York state criminal charges that were pending in 2020.

      SO ORDERED.

Dated: May 6, 2022
       New York, New York

ANALISA TORRES
United States District Judge