UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO, ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

                           Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement,

                           Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2022

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 25, 2022, the Second Circuit vacated this Court's decision denying the Government's request to re-detain Petitioner Rolando Oshane Villiers, ECF No. 36, and remanded the case for reconsideration. ECF No. 46. On May 6, 2022, the Court ordered the parties to provide a joint letter stating the status of the New York state criminal charges that were pending against Petitioner Villiers in 2020. ECF No. 49. The parties informed that Court that the charges "were dismissed and sealed on April 21, 2022," and, therefore, the Government "does not intend to pursue re[-]detention of [Petitioner] Villers at this time." ECF No. 51. Accordingly, the Government's motion for re-detention, ECF No. 31, is DENIED as moot.

    SO ORDERED.

Dated: May 16, 2022
       New York, New York

                                                          ANALISA TORRES
                                                       United States District Judge