UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD,
ANGEL PERDOMO PERDOMO, ROLANDO
OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

                          Petitioners,

            -against-

THOMAS DECKER, in his official capacity as Director
of the New York Field Office of U.S. Immigration and
Customs Enforcement,

                          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2022

20 Civ. 3170 (AT)

__ORDER__

ANALISA TORRES, District Judge:

On July 29, 2022, the Government moved the Court to permit Immigration and Customs Enforcement to re-detain Petitioner Rolando Oshane Villiers. ECF No. 56. By **August 2, 2022**, Petitioner Villiers shall respond to the motion, and state whether he is requesting a hearing.

SO ORDERED.

Dated: August 1, 2022
    New York, New York

_____
        ANALISA TORRES
     United States District Judge