UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO, ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

                        Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigration and Customs Enforcement,

                        Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2022

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Petitioner Rolando Oshane Villiers and Respondent Thomas Decker's letter dated October 21, 2022. ECF No. 64. The parties' request to submit letter briefs in response to Respondent's motion to modify or vacate the Court's May 22, 2020 order is GRANTED. Accordingly:

1. By **November 18, 2022**, Petitioner shall submit his opposition papers; and

2. By **December 2, 2022**, Respondent shall submit his reply, if any.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge