UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLANDO OSHANE VILLIERS AND REMIGIO
TAPIA VILCHIS,

                        Petitioners,

       -against-

KEN GENALO, in his official capacity as Director of the
New York Field Office of U.S. Immigration and Customs
Enforcement; and ALEJANDRO MAYORKAS, in his
official capacity as Secretary, U.S. Department of
Homeland Security,

                        Respondents.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _4/1/2026__ |

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **April 30, 2026**, the parties shall file a joint status update in this action.

Dated: April 1, 2026
      New York, New York

_____
     ANALISA TORRES
  United States District Judge