**U.S. Department**

*United States /*
*Southern Distr*

*86 Chambers Street*
*New York, New York 1*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/2/2026__

June 1, 2026

**By ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *Ferreyra et al. v. Decker*, No. 20 Civ. 3170 (AT)

Dear Judge Torres:

     This Office represents the government in the above-referenced immigration habeas corpus action. On April 1, 2026, the Court issued an order directing the parties to submit a joint status update in this action by April 30, 2026. ECF No. 73. On April 29, 2026, the parties filed a letter asking for 30 days to file an update to allow the parties time to meet and confer on the matter. ECF No. 75. I write respectfully on behalf of the parties to provide a status update. The parties conferred on the matter, but are still working to obtain additional information and plan to confer further once such information is received. The parties propose to submit another status update in 30 days, by July 1, 2026.

     We thank the Court for its consideration of this letter.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney for the
              Southern District of New York

     By:   __/s/ *Brandon M. Waterman*__
              BRANDON M. WATERMAN
              Assistant United States Attorney
              Telephone: (212) 637-2743
              E-mail: brandon.waterman@usdoj.gov

cc: Counsel of Record (by ECF)

By **July 1, 2026**, the parties shall file a joint status update.

SO ORDERED.

Dated:  June 2, 2026
       New York, New York

               ANALISA TORRES
               United States District Judge