USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __9/15/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

Respondents.

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 14, 2026, the parties filed a status update with the Court and proposed a deadline of September 14, 2026, to submit a further update. *See* ECF No. 80. By **October 6, 2026**, the parties shall provide a status update to the Court.

SO ORDERED.

Dated: September 15, 2026
New York, New York

ANALISA TORRES
United States District Judge