USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: __10/22/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY FERREYRA, JEFFERSON DENIZARD, ANGEL PERDOMO PERDOMO ROLANDO OSHANE VILLIERS, REMIGIO TAPIA VILCHIS,

Petitioners,

-against-

THOMAS DECKER, in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement; and CHAD WOLF, in his official capacity as Acting Secretary, U.S. Department of Homeland Security,

Respondents.

20 Civ. 3170 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The parties were directed to file a status update with the Court by October 21, 2026. *See* ECF No. 83. They have failed to do so. Accordingly, by **October 28, 2026**, the parties shall provide a status update to the Court.

SO ORDERED.

Dated: October 22, 2026
New York, New York

ANALISA TORRES
United States District Judge